UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
GUPTA, PRAVEEN § Case No. 11-48211
GUPTA, DEEPA §
§
§
Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Joseph A. Baldi, Trustee_____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1 - GUPTA

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 11-48211 | JPC | Judge: Jacqueline P. Cox | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|---|
| Case Name: | GUPTA, PRAVEEN | | | Date Filed (f) or Converted (c): | 11/30/11 (f) |
| | GUPTA, DEEPA | | | 341(a) Meeting Date: | 01/17/12 |
| For Period Ending: | 03/04/13 | | | Claims Bar Date: | 04/23/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Personal Residence located at 5237 Galloway Drive, | 379,900.00 | 0.00 | | 0.00 | FA |
| 2. Real estate located at 1530 S. 5th Street, Rockfo | 60,600.00 | 0.00 | | 0.00 | FA |
|     Order entered modifying stay 12/21/11 | | | | | |
| 3. Real estate located at 404 2nd Street, Kings IL 61 | 105,000.00 | 0.00 | | 0.00 | FA |
|     Order entered modifying stay 12/21/11 | | | | | |
| 4. Real estate located at 308 S Chicago Ave, Rockford | 77,000.00 | 0.00 | | 0.00 | FA |
|     Order entered modifying stay 12/21/11 | | | | | |
| 5. Real estate located at 1019 Arthur Ave, Rockford I | 46,700.00 | 0.00 | | 0.00 | FA |
|     Order entered modifying stay 12/21/11 | | | | | |
| 6. Real estate located at 1318 Quincy Street, Rockfor | 66,600.00 | 0.00 | | 0.00 | FA |
|     Order entered modifying stay 12/21/11 | | | | | |
| 7. Real estate located at 101 Ginger Ct, Rolling Mead | 165,000.00 | 0.00 | | 0.00 | FA |
| 8. Financial Accounts | 2,000.00 | 0.00 | | 0.00 | FA |
|     Checking account with Motorola Employee Credit Union | | | | | |
| 9. Financial Accounts | 1,700.00 | 0.00 | | 0.00 | FA |
|     Savings account with Motorola Employee Credit Union | | | | | |
| 10. Financial Accounts | 235.00 | 0.00 | | 0.00 | FA |
|     Checking account with 1st Eagle Credit Union | | | | | |
| 11. Financial Accounts | 385.00 | 0.00 | | 0.00 | FA |
|     Savings Account with ING Bank | | | | | |
| 12. Household Goods | 1,515.00 | 0.00 | | 0.00 | FA |
| 13. Books / Collectibles | 950.00 | 0.00 | | 0.00 | FA |
| 14. Wearing Apparel | 2,500.00 | 0.00 | | 0.00 | FA |
| 15. Furs and Jewelry | 1,600.00 | 0.00 | | 0.00 | FA |
|     Miscellaneous Costume Jewelry | | | | | |
| 16. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |

FORM 1 - GUPTA

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit A

| Case No: | 11-48211 | JPC | Judge: Jacqueline P. Cox | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|---|
| Case Name: | GUPTA, PRAVEEN | | | Date Filed (f) or Converted (c): | 11/30/11 (f) |
| | GUPTA, DEEPA | | | 341(a) Meeting Date: | 01/17/12 |
| | | | | Claims Bar Date: | 04/23/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Term Life Insurance policy through employer - (No cash surrender value) | | | | | |
| 17. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| Protective Life Insurance Company - Term Life Insurance - (No Cash Surrender Value) | | | | | |
| 18. Pension / Profit Sharing | 100,000.00 | 0.00 | | 0.00 | FA |
| 401(k) / Retirement plan through employer - 100% exempt. | | | | | |
| 19. Pension / Profit Sharing | 13,000.00 | 0.00 | | 0.00 | FA |
| IRA - 100% exempt. | | | | | |
| 20. Pension / Profit Sharing | 6,700.00 | 0.00 | | 0.00 | FA |
| 401(k) / Retirement plan through employer - 100% exempt. | | | | | |
| 21. Tax Refunds - 2011 Federal | 16,000.00 | 4,581.00 | | 4,581.00 | FA |
| Trustee reccovered proceeds of tax refund | | | | | |
| 22. Liquidated Claims | 26,000.00 | 0.00 | | 0.00 | FA |
| David Gray - Property Manager for Kay Realty - admitted he embezzled $26,000.00 or more ($50,000.00) in rental income owed to the Debtor and misappropriated the funds - debtor filled out a police report | | | | | |
| 23. Vehicles | 0.00 | 0.00 | | 0.00 | FA |
| Leased - Automobile - 2011 BMW - Current/Assume - Full Coverage Auto Insurance | | | | | |
| 24. Vehicles | 4,435.00 | 0.00 | | 0.00 | FA |
| Automobile - 2001 Honda Accord with 75,000 in mileage - Paid in Full - Full Coverage Auto Insurance | | | | | |
| 25. Office Equipment | 500.00 | 0.00 | | 0.00 | FA |
| 1 Computer - purchased thru Dell Financial Services - P.M.S.I. - debtor intends to reaffirm | | | | | |

FORM 1 - GUPTA
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 3
Exhibit A

| Case No: | 11-48211 | JPC | Judge: Jacqueline P. Cox | | Trustee Name: | Joseph A. Baldi, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | GUPTA, PRAVEEN | | | | Date Filed (f) or Converted (c): | 11/30/11 (f) |
| | GUPTA, DEEPA | | | | 341(a) Meeting Date: | 01/17/12 |
| | | | | | Claims Bar Date: | 04/23/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $1,078,320.00 | $4,581.00 | | $4,581.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor is due tax refund, Trustee recovered proceeds; Trustee resolved claim issues; prepared TFR

Initial Projected Date of Final Report (TFR): 10/30/12     Current Projected Date of Final Report (TFR): 02/28/13


        /s/    Joseph A. Baldi, Trustee
_____ Date: 03/04/13
        JOSEPH A. BALDI, TRUSTEE

FORM 2 - PAGE 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 11-48211 -JPC | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | GUPTA, PRAVEEN | | Bank Name: | Congressional Bank |
| | GUPTA, DEEPA | | Account Number / CD #: | *******6187 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7512 | | | |
| For Period Ending: | 03/04/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/07/12 | 21 | Internal Revenue Service<br>Kansas City, MO 64999 | TAX REFUND | 1124-000 | 4,483.00 | | 4,483.00 |
| 03/07/12 | 21 | ILLINOIS DEPT. OF REVENUE<br>P.O. BOX 19009<br>SPRINGFIELD, IL 62794-9009 | TAX REFUND | 1124-000 | 98.00 | | 4,581.00 |
| 02/07/13 | 001001 | International Sureties<br>701 Poydras Street #420<br>New Orleans, LA 70139 | Bond Premium Payment<br>BOND # 016026455 | 2300-000 | | 3.70 | 4,577.30 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 4,581.00 | 3.70 | 4,577.30 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 4,581.00 | 3.70 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 4,581.00 | 3.70 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******6187 | 4,581.00 | 3.70 | 4,577.30 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 4,581.00 | 3.70 | 4,577.30 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 4,581.00 3.70

| Page 1 | | EXHIBIT A - GUPTA<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: March 04, 2013 |

Case Number: 11-48211  
Debtor Name: GUPTA, PRAVEEN

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | JOSEPH A. BALDI, as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois 60603 | Administrative | | $1,145.25 | $0.00 | $1,145.25 |
| 000001<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $10,425.30 | $0.00 | $10,425.30 |
| 000002<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $5,236.07 | $0.00 | $5,236.07 |
| 000003<br>070<br>7100-00 | Jonas Martin Well Drilling Company<br>P.O. Box 222<br>Oregon, IL 61061 | Unsecured | | $697.55 | $0.00 | $697.55 |
| 000004<br>070<br>7100-00 | Capital One, N.A.<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | Unsecured | | $838.30 | $0.00 | $838.30 |
| 000005<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | Unsecured | | $470.50 | $0.00 | $470.50 |
| 000006<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $3,903.89 | $0.00 | $3,903.89 |
| 000007<br>070<br>7100-00 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $5,977.86 | $0.00 | $5,977.86 |
| 000008<br>070<br>7100-00 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $3,682.00 | $0.00 | $3,682.00 |
| 000009<br>070<br>7100-00 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $4,107.52 | $0.00 | $4,107.52 |
| 000010<br>070<br>7100-00 | First Tennessee Bank<br>Pob 201347<br>Arlington, TX 76006 | Unsecured | | $112,718.55 | $0.00 | $112,718.55 |

| Page 2 | | EXHIBIT A - GUPTA<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: March 04, 2013 |
|---|---|---|---|---|---|---|

Case Number:   11-48211              Claim Class Sequence
Debtor Name:   GUPTA, PRAVEEN

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000011<br>070<br>7100-00 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $360.39 | $0.00 | $360.39 |
| 000012<br>070<br>7100-00 | American InfoSource LP as agent for Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | | $1,215.45 | $0.00 | $1,215.45 |
| 000013<br>070<br>7100-00 | BMW Financial Services NA, LLC<br>P.O. Box 201347<br>Arlington, TX 76006 | Unsecured | | $5,691.12 | $0.00 | $5,691.12 |
| | Case Totals: | | | $156,469.75 | $0.00 | $156,469.75 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-48211
Case Name: GUPTA, PRAVEEN
         GUPTA, DEEPA
Trustee Name: Joseph A. Baldi, Trustee

      Balance on hand                                       $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi, Trustee | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses     $_____

    Remaining Balance     $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

      The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

      Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

      Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ | $ | $ |
| 000002 | Discover Bank | $ | $ | $ |
| 000003 | Jonas Martin Well Drilling Company | $ | $ | $ |
| 000004 | Capital One, N.A. | $ | $ | $ |
| 000005 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000006 | American Express Bank, FSB | $ | $ | $ |
| 000007 | Midland Funding LLC | $ | $ | $ |
| 000008 | Midland Funding LLC | $ | $ | $ |
| 000009 | Midland Funding LLC | $ | $ | $ |
| 000010 | First Tennessee Bank | $ | $ | $ |
| 000011 | Midland Funding LLC | $ | $ | $ |
| 000012 | American InfoSource LP as agent for | $ | $ | $ |
| 000013 | BMW Financial Services NA, LLC | $ | $ | $ |

      Total to be paid to timely general unsecured creditors    $_____

      Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE