UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
GUPTA, PRAVEEN § Case No. 11-48211
GUPTA, DEEPA §
§
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        Kenneth S. Gardner
        Clerk of the U.S. Bankruptcy Court
        219 S. Dearborn, 7th Floor
        Chicago, Illinois  60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :

        9:30 a.m. on April 4, 2013
        in Courtroom 680, U.S. Courthouse
        219 S. Dearborn St., Chicago, IL

   If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: Kenneth S. Gardner_____
                                                    Clerk of the US Bankruptcy Court

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
GUPTA, PRAVEEN § Case No. 11-48211
GUPTA, DEEPA §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 4,581.00 |
| and approved disbursements of | $ | 3.70 |
| leaving a balance on hand of[1] | $ | 4,577.30 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi, Trustee | $ 1,145.25 | $ 0.00 | $ 1,145.25 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,145.25 |
| Remaining Balance | | $ | 3,432.05 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 155,324.50  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  2.2  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 10,425.30 | $ 0.00 | $ 230.36 |
| 000002 | Discover Bank | $ 5,236.07 | $ 0.00 | $ 115.70 |
| 000003 | Jonas Martin Well Drilling Company | $ 697.55 | $ 0.00 | $ 15.41 |
| 000004 | Capital One, N.A. | $ 838.30 | $ 0.00 | $ 18.52 |
| 000005 | Capital One Bank (USA), N.A. | $ 470.50 | $ 0.00 | $ 10.40 |
| 000006 | American Express Bank, FSB | $ 3,903.89 | $ 0.00 | $ 86.26 |
| 000007 | Midland Funding LLC | $ 5,977.86 | $ 0.00 | $ 132.09 |
| 000008 | Midland Funding LLC | $ 3,682.00 | $ 0.00 | $ 81.36 |
| 000009 | Midland Funding LLC | $ 4,107.52 | $ 0.00 | $ 90.76 |
| 000010 | First Tennessee Bank | $ 112,718.55 | $ 0.00 | $ 2,490.62 |
| 000011 | Midland Funding LLC | $ 360.39 | $ 0.00 | $ 7.96 |
| 000012 | American InfoSource LP as agent for | $ 1,215.45 | $ 0.00 | $ 26.86 |
| 000013 | BMW Financial Services NA, LLC | $ 5,691.12 | $ 0.00 | $ 125.75 |
| | Total to be paid to timely general unsecured creditors | | | $ 3,432.05 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Joseph A. Baldi
Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                             Case No. 11-48211-JPC
Praveen Gupta                                                      Chapter 7
Deepa Gupta
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0752-1          User: vrowe                  Page 1 of 3                  Date Rcvd: Mar 05, 2013
                              Form ID: pdf006              Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 07, 2013.
db/jdb         +Praveen Gupta,   Deepa Gupta,    5237 Galloway Drive,    Hoffman Estates, IL 60192-4101
18562654        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
18115495       +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
18780228       +BMW Financial Services NA, LLC,    P.O. Box 201347,   Arlington, TX 76006-1347
18445731       +Capital One, N.A.,   c/o Creditors Bankruptcy Service,     P.O. Box 740933,   Dallas, TX 75374-0933
18115498       +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
18115499       +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
18115500       +Codilis & Associates,    15W030 North Frontage Road,   Suite 100,    Willowbrook, IL 60527-6921
18115524      ++DELL FINANCIAL SERVICES,    P O BOX 81577,   AUSTIN TX 78708-1577
               (address filed with court: Webbank/Dfs,    1 Dell Way,   Round Rock, TX 78682)
18115502        Dish Network,   Dept. 0063,    Palatine, IL 60055-0063
18115503       +First Tenn Collections,    6522 Chapman HWY,   Knoxville, TN 37920-6567
18115504       +First Tennessee Bank,    Po Box 84,   Memphis, TN 38101-0084
18580740       +First Tennessee Bank,    Pob 201347,   Arlington, TX 76006-1347
18576100       +First Tennessee Bank National Association,    PO Box 201347,   Arlington, TX 76006-1347
18115509       +Gregory Tate,   404 2nd Street,    Kings, IL 61068-4507
18115510       +Hsbc Bank,   Po Box 5253,    Carol Stream, IL 60197-5253
18115512       +Johnson, Blumberg, & Associates LLC,    230 W. Monroe Street,   Suite 1125,
                Chicago, IL 60606-4723
18115513       +Jonas Martin Well Drilling Company,    P.O. Box 222,   Oregon, IL 61061-0222
18115515       +Laurie Watson,   404 2nd Street,    Kings, IL 61068-4507
19927179        Midland Funding LLC,   By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,
                Miami, FL 33131-1605
18115516       +Motorola Employee Cred,    1205 E Algonquin Rd,   Schaumburg, IL 60196-1065
18115517       +Motorola Employee Cu,   1205 E Algonquin Rd,    Schaumburg, IL 60196-1065
18115518       +Neil Zwieban,   Attorney at Law,    3295 N. Arlington Heights, 113,
                Arlington Heights, IL 60004-1588
18139406       +Ocwen Loan Servicing, LLC,    c/o Andrew J. Nelson,   PIERCE & ASSOCIATES, P.C.,
                1 North Dearborn, Suite 1300,    Chicago, IL 60602-4373
18139465       +PNC BANK, N.A.,   c/o Andrew J. Nelson,    PIERCE & ASSOCIATES, P.C.,
                1 North Dearborn, Suite 1300,    Chicago, IL 60602-4373
18115520       +Pierce & Associates,    1 North Dearborn,   Suite 1300,   Chicago, IL 60602-4373
18115521       +Pnc Mortgage,   6 N Main St,    Dayton, OH 45402-1908
18115522       +Tnb - Target,   Po Box 673,    Minneapolis, MN 55440-0673

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18115494       +E-mail/Text: roy.buchholz@allianceoneinc.com Mar 06 2013 04:55:21      Alliance One,
                1684 Woodlands Drive, Suite 150,    Maumee, OH 43537-4026
18619969        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 06 2013 05:12:43
                American InfoSource LP as agent for,   Target,   PO Box 248866,    Oklahoma City, OK   73124-8866
18115497        E-mail/Text: bankruptcynotices@bmwfs.com Mar 06 2013 05:34:02      Bmw Financial Services,
                5515 Parkcenter Cir,   Dublin, OH 43017
18139839       +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Mar 06 2013 05:40:36
                BMW Financial Services NA, LLC Department,    c/o Ascension Capital Group,   P.O. Box 201347,
                Arlington, TX 76006-1347
18454663        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 06 2013 05:12:39      Capital One Bank (USA), N.A.,
                PO Box 248839,   Oklahoma City, OK   73124-8839
18403135        E-mail/PDF: mrdiscen@discoverfinancial.com Mar 06 2013 05:12:33      Discover Bank,
                DB Servicing Corporation,   PO Box 3025,   New Albany, OH   43054-3025
18115501       +E-mail/PDF: mrdiscen@discoverfinancial.com Mar 06 2013 05:12:33      Discover Fin Svcs Llc,
                Po Box 15316,   Wilmington, DE 19850-5316
18184533       +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Mar 06 2013 05:41:52
                First Tennessee Bank NA, Department,   c/o Ascension Capital Group,    P.O. Box 201347,
                Arlington, TX 76006-1347
18567221        E-mail/PDF: rmscedi@recoverycorp.com Mar 06 2013 05:14:41      GE Capital Retail Bank,
                c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
18115505       +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2013 05:14:32      Gecrb/Care Credit,
                950 Forrer Blvd,   Kettering, OH 45420-1469
18115506       +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2013 05:14:32      Gecrb/Home Design Hvac,
                950 Forrer Blvd,   Kettering, OH 45420-1469
18115507       +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2013 05:14:32      Gecrb/Paypal Extras Mc,
                Po Box 981416,   El Paso, TX 79998-1416
18115508       +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2013 05:09:10      Gecrb/Sony Financial S,
                Po Box 981439,   El Paso, TX 79998-1439
18115511       +E-mail/Text: bankruptcy@ingdirect.com Mar 06 2013 04:53:23      Ing Direct,   1 S Orange St,
                Wilmington, DE 19801-5045
18115514       +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 06 2013 04:51:38      Kohls/Capone,
                N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
19927180        E-mail/PDF: rmscedi@recoverycorp.com Mar 06 2013 05:12:30
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
18115523       +E-mail/Text: vci.bkcy@vwcredit.com Mar 06 2013 04:52:54      Vw Credit Inc,   1401 Franklin Blvd,
                Libertyville, IL 60048-4460
```

```
District/off: 0752-1          User: vrowe              Page 2 of 3              Date Rcvd: Mar 05, 2013
                              Form ID: pdf006          Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
                                                                                                TOTAL: 17

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18780239*    +BMW Financial Services NA, LLC,    P.O. Box 201347,    Arlington, TX 76006-1347
18115496    ##+ARS National Services,    960 S. Andersen Drive, Suite B,    Escondido, CA 92029-1964
18115519    ##+Ocwen Loan Servicing L,    12650 Ingenuity Dr,    Orlando, FL 32826-2703
18115525    ##+Zwicker & Associates,    7366 N Lincoln Ave,    Suite 404,    Lincolnwood, IL 60712-1741
                                                                              TOTALS: 0, * 1, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 07, 2013**                    **Signature:**  _Joseph Speetjens_

```
District/off: 0752-1           User: vrowe                 Page 3 of 3                   Date Rcvd: Mar 05, 2013
                               Form ID: pdf006             Total Noticed: 45
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2013 at the address(es) listed below:

        Andrew J Nelson    on behalf of Creditor    Ocwen Loan Servicing, LLC anelson@atty-pierce.com, northerndistrict@atty-pierce.com
        Andrew J Nelson    on behalf of Creditor    PNC Bank, N.A. anelson@atty-pierce.com, northerndistrict@atty-pierce.com
        Jose G Moreno    on behalf of Creditor    PNC Bank, National Association nd-one@il.cslegal.com
        Joseph A Baldi, Tr    jabaldi@baldiberg.com,    jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
        Joseph P Doyle    on behalf of Debtor Praveen  Gupta joe@fightbills.com
        Joseph P Doyle    on behalf of Joint Debtor Deepa  Gupta joe@fightbills.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Toni  Dillon    on behalf of Creditor    Ocwen Loan Servicing, LLC tdillon@atty-pierce.com, northerndistrict@atty-pierce.com
        Toni  Dillon    on behalf of Creditor    PNC Bank, N.A. tdillon@atty-pierce.com, northerndistrict@atty-pierce.com

                                                                                                                           TOTAL: 9