UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
                                    §
GUPTA, PRAVEEN                      §   Case No. 11-48211
GUPTA, DEEPA                        §
                                    §
                                    §
         Debtor(s)                  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Joseph A. Baldi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Joseph A. Baldi_____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bmw Financial Services 5515 Parkcenter Cir Dublin, OH 43017 |  |  |  |  |  |
|  | First Tennessee Bank Po Box 84 Memphis, TN 38101 |  |  |  |  |  |
|  | Ing Direct 1 S Orange St Wilmington, DE 19801 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Motorola Employee Cred 1205 E Algonquin Rd Schaumburg, IL 60196 | | | | | |
| | Motorola Employee Cu 1205 E Algonquin Rd Schaumburg, IL 60196 | | | | | |
| | Ocwen Loan Servicing L 12650 Ingenuity Dr Orlando, FL 32826 | | | | | |
| | Pnc Mortgage 6 N Main St Dayton, OH 45402 | | | | | |
| | Pnc Mortgage 6 N Main St Dayton, OH 45402 | | | | | |
| | Pnc Mortgage 6 N Main St Dayton, OH 45402 | | | | | |
| | Pnc Mortgage 6 N Main St Dayton, OH 45402 | | | | | |
| | Webbank/Dfs 1 Dell Way Round Rock, TX 78682 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ARS National Services 960 S. Andersen Drive, Suite B Escondido, CA 92029 | | | | | |
| | Alliance One 1684 Woodlands Drive, Suite 150 Maumee, OH 43537 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Codilis & Associates 15W030 North Frontage Road Suite 100 Willowbrook, IL 60527 | | | | | |
| | Dish Network Dept. 0063 Palatine, IL 60055-0063 | | | | | |
| | First Tenn Collections 6522 Chapman HWY Knoxville, TN 37920 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gecrb/Care Credit 950 Forrer Blvd Kettering, OH 45420 | | | | | |
| | Gregory Tate 404 2nd Street Kings, IL 61068 | | | | | |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Johnson, Blumberg, & Associates LLC 230 W. Monroe Street Suite 1125 Chicago, IL 60606 | | | | | |
| | Kohls/Capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | | | | |
| | Laurie Watson 404 2nd Street Kings, IL 61068 | | | | | |
| | Neil Zwieban Attorney at Law 3295 N. Arlington Heights, 113 Arlington Heights, IL 60004 | | | | | |
| | Pierce & Associates 1 North Dearborn Suite 1300 Chicago, IL 60602 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pierce & Associates 1 North Dearborn Suite 1300 Chicago, IL 60602 | | | | | |
| | Tnb - Target Po Box 673 Minneapolis, MN 55440 | | | | | |
| | Vw Credit Inc 1401 Franklin Blvd Libertyville, IL 60048 | | | | | |
| | Zwicker & Associates 7366 N Lincoln Ave Suite 404 Lincolnwood, IL 60712 | | | | | |
| 000006 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000012 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000013 | BMW FINANCIAL SERVICES NA, LLC | | | | | |
| 000005 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000004 | CAPITAL ONE, N.A. | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000002 | DISCOVER BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000010 | FIRST TENNESSEE BANK | | | | | |
| 000007 | GE CAPITAL RETAIL BANK | | | | | |
| 000003 | JONAS MARTIN WELL DRILLING COMPANY | | | | | |
| 000008 | MIDLAND FUNDING LLC | | | | | |
| 000009 | MIDLAND FUNDING LLC | | | | | |
| 000011 | MIDLAND FUNDING LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1 - GUPTA

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-48211 | JPC | Judge: Jacqueline P. Cox | Trustee Name: | Joseph A. Baldi |
| --- | --- | --- | --- | --- | --- |
| Case Name: | GUPTA, PRAVEEN | | | Date Filed (f) or Converted (c): | 11/30/11 (f) |
| | GUPTA, DEEPA | | | 341(a) Meeting Date: | 01/17/12 |
| For Period Ending: | 09/06/13 | | | Claims Bar Date: | 04/23/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Personal Residence located at 5237 Galloway Drive, | 379,900.00 | 0.00 | | 0.00 | FA |
| 2. Real estate located at 1530 S. 5th Street, Rockfo | 60,600.00 | 0.00 | | 0.00 | FA |
|     Order entered modifying stay 12/21/11 | | | | | |
| 3. Real estate located at 404 2nd Street, Kings IL 61 | 105,000.00 | 0.00 | | 0.00 | FA |
|     Order entered modifying stay 12/21/11 | | | | | |
| 4. Real estate located at 308 S Chicago Ave, Rockford | 77,000.00 | 0.00 | | 0.00 | FA |
|     Order entered modifying stay 12/21/11 | | | | | |
| 5. Real estate located at 1019 Arthur Ave, Rockford I | 46,700.00 | 0.00 | | 0.00 | FA |
|     Order entered modifying stay 12/21/11 | | | | | |
| 6. Real estate located at 1318 Quincy Street, Rockfor | 66,600.00 | 0.00 | | 0.00 | FA |
|     Order entered modifying stay 12/21/11 | | | | | |
| 7. Real estate located at 101 Ginger Ct, Rolling Mead | 165,000.00 | 0.00 | | 0.00 | FA |
| 8. Financial Accounts | 2,000.00 | 0.00 | | 0.00 | FA |
|     Checking account with Motorola Employee Credit Union | | | | | |
| 9. Financial Accounts | 1,700.00 | 0.00 | | 0.00 | FA |
|     Savings account with Motorola Employee Credit Union | | | | | |
| 10. Financial Accounts | 235.00 | 0.00 | | 0.00 | FA |
|     Checking account with 1st Eagle Credit Union | | | | | |
| 11. Financial Accounts | 385.00 | 0.00 | | 0.00 | FA |
|     Savings Account with ING Bank | | | | | |
| 12. Household Goods | 1,515.00 | 0.00 | | 0.00 | FA |
| 13. Books / Collectibles | 950.00 | 0.00 | | 0.00 | FA |
| 14. Wearing Apparel | 2,500.00 | 0.00 | | 0.00 | FA |
| 15. Furs and Jewelry | 1,600.00 | 0.00 | | 0.00 | FA |
|     Miscellaneous Costume Jewelry | | | | | |
| 16. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

Ver: 17.02f

FORM 1 - GUPTA

Page: 2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 11-48211 | JPC | Judge: Jacqueline P. Cox | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|---|
| Case Name: | GUPTA, PRAVEEN | | | Date Filed (f) or Converted (c): | 11/30/11 (f) |
| | GUPTA, DEEPA | | | 341(a) Meeting Date: | 01/17/12 |
| | | | | Claims Bar Date: | 04/23/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Term Life Insurance policy through employer - (No cash surrender value) | | | | | |
| 17. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| Protective Life Insurance Company - Term Life Insurance - (No Cash Surrender Value) | | | | | |
| 18. Pension / Profit Sharing | 100,000.00 | 0.00 | | 0.00 | FA |
| 401(k) / Retirement plan through employer - 100% exempt. | | | | | |
| 19. Pension / Profit Sharing | 13,000.00 | 0.00 | | 0.00 | FA |
| IRA - 100% exempt. | | | | | |
| 20. Pension / Profit Sharing | 6,700.00 | 0.00 | | 0.00 | FA |
| 401(k) / Retirement plan through employer - 100% exempt. | | | | | |
| 21. Tax Refunds - 2011 Federal | 16,000.00 | 4,581.00 | | 4,581.00 | FA |
| Trustee reccovered proceeds of tax refund | | | | | |
| 22. Liquidated Claims | 26,000.00 | 0.00 | | 0.00 | FA |
| David Gray - Property Manager for Kay Realty - admitted he embezzled $26,000.00 or more ($50,000.00) in rental income owed to the Debtor and misappropriated the funds - debtor filled out a police report | | | | | |
| 23. Vehicles | 0.00 | 0.00 | | 0.00 | FA |
| Leased - Automobile - 2011 BMW - Current/Assume - Full Coverage Auto Insurance | | | | | |
| 24. Vehicles | 4,435.00 | 0.00 | | 0.00 | FA |
| Automobile - 2001 Honda Accord with 75,000 in mileage - Paid in Full - Full Coverage Auto Insurance | | | | | |
| 25. Office Equipment | 500.00 | 0.00 | | 0.00 | FA |
| 1 Computer - purchased thru Dell Financial Services - P.M.S.I. - debtor intends to reaffirm | | | | | |

LFORM1

Ver: 17.02f

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 1 - GUPTA

Page: 3

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 11-48211 | JPC | Judge: Jacqueline P. Cox | Trustee Name: | Joseph A. Baldi |
| --- | --- | --- | --- | --- | --- |
| Case Name: | GUPTA, PRAVEEN | | | Date Filed (f) or Converted (c): | 11/30/11 (f) |
| | GUPTA, DEEPA | | | 341(a) Meeting Date: | 01/17/12 |
| | | | | Claims Bar Date: | 04/23/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $1,078,320.00 | $4,581.00 | | $4,581.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor is due tax refund, Trustee recovered proceeds; Trustee resolved claim issues; TFR filed; final hearing held;

Trustee made final distribution; final checks have cleared; will prepare TDR. Trustee plans to close case in August 2013.

Initial Projected Date of Final Report (TFR): 10/30/12      Current Projected Date of Final Report (TFR): 02/28/13

/s/    Joseph A. Baldi
_____    Date: 09/06/13
JOSEPH A. BALDI

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-48211 -JPC | |
| Case Name: | GUPTA, PRAVEEN | |
| | GUPTA, DEEPA | |
| Taxpayer ID No: | *******7512 | |
| For Period Ending: | 09/06/13 | |

| | | |
|---|---|---|
| Trustee Name: | Joseph A. Baldi | |
| Bank Name: | Congressional Bank | |
| Account Number / CD #: | *******6187 Checking Account (Non-Interest Earn | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/07/12 | 21 | Internal Revenue Service<br>Kansas City, MO 64999 | TAX REFUND | 1124-000 | 4,483.00 | | 4,483.00 |
| 03/07/12 | 21 | ILLINOIS DEPT. OF REVENUE<br>P.O. BOX 19009<br>SPRINGFIELD, IL 62794-9009 | TAX REFUND | 1124-000 | 98.00 | | 4,581.00 |
| 02/07/13 | 001001 | International Sureties<br>701 Poydras Street #420<br>New Orleans, LA 70139 | Bond Premium Payment<br>BOND # 016026455 | 2300-000 | | 3.70 | 4,577.30 |
| 04/05/13 | 001002 | JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois 60603 | Trustee Compensation | 2100-000 | | 1,145.25 | 3,432.05 |
| 04/05/13 | 001003 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 2.20962% | 7100-000 | | 230.36 | 3,201.69 |
| 04/05/13 | 001004 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000002, Payment 2.20967% | 7100-000 | | 115.70 | 3,085.99 |
| 04/05/13 | 001005 | Jonas Martin Well Drilling Company<br>P.O. Box 222<br>Oregon, IL 61061 | Claim 000003, Payment 2.20916% | 7100-000 | | 15.41 | 3,070.58 |
| 04/05/13 | 001006 | Capital One, N.A.<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | Claim 000004, Payment 2.20923% | 7100-000 | | 18.52 | 3,052.06 |
| 04/05/13 | 001007 | Capital One Bank (USA), N.A.<br>PO Box 248839 | Claim 000005, Payment 2.21041% | 7100-000 | | 10.40 | 3,041.66 |

Page Subtotals 4,581.00 1,539.34

Ver: 17.02f

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-48211 -JPC | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | GUPTA, PRAVEEN | | Bank Name: | Congressional Bank |
| | GUPTA, DEEPA | | Account Number / CD #: | *******6187 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7512 | | | |
| For Period Ending: | 09/06/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/05/13 | 001008 | Oklahoma City, OK 73124-8839<br>American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000006, Payment 2.20959% | 7100-000 | | 86.26 | 2,955.40 |
| 04/05/13 | 001009 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami FL 33131-1605 | Claim 000007, Payment 2.20965% | 7100-000 | | 132.09 | 2,823.31 |
| 04/05/13 | 001010 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami FL 33131-1605 | Claim 000008, Payment 2.20967% | 7100-000 | | 81.36 | 2,741.95 |
| 04/05/13 | 001011 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami FL 33131-1605 | Claim 000009, Payment 2.20961% | 7100-000 | | 90.76 | 2,651.19 |
| 04/05/13 | 001012 | First Tennessee Bank<br>Pob 201347<br>Arlington, TX 76006 | Claim 000010, Payment 2.20959% | 7100-000 | | 2,490.62 | 160.57 |
| 04/05/13 | 001013 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami FL 33131-1605 | Claim 000011, Payment 2.20872% | 7100-000 | | 7.96 | 152.61 |
| 04/05/13 | 001014 | American InfoSource LP as agent for Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Claim 000012, Payment 2.20988% | 7100-000 | | 26.86 | 125.75 |
| 04/05/13 | 001015 | BMW Financial Services NA, LLC<br>P.O. Box 201347 | Claim 000013, Payment 2.20958% | 7100-000 | | 125.75 | 0.00 |

Page Subtotals 0.00 3,041.66

Ver: 17.02f

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2 Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-48211 -JPC | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | GUPTA, PRAVEEN | | Bank Name: | Congressional Bank |
| | GUPTA, DEEPA | | Account Number / CD #: | *******6187 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7512 | | | |
| For Period Ending: | 09/06/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Arlington, TX 76006 | | | | | |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 4,581.00 | 4,581.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 4,581.00 | 4,581.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 4,581.00 | 4,581.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********6187 | 4,581.00 | 4,581.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 4,581.00 | 4,581.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 17.02f

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*